**FILED**
June 18, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____D. Trujillo_____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-24-CR-00243-KC |
| | § | |
| Plaintiff, | § | **SUPERSEDING INDICTMENT** |
| | § | |
| v. | § | CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute. |
| VICTOR ARELLANO, | § | |
| | § | |
| Defendant. | § | *Notice of Government's Demand for Forfeiture* |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Beginning on or about November 28, 2023 and continuing through on or about January 18, 2024, in the Western District of Texas, Defendant

**VICTOR ARELLANO,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 963, that is to say, the Defendant conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, into the United States from Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) and the quantity of methamphetamine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of

other conspirators reasonably foreseeable to Defendant is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Drug Violation and Forfeiture Statutes
[Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii), subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2)]

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant **VICTOR ARELLANO** of its intent to seek the forfeiture of the property described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (2), which state:

> **Title 21 U.S.C. § 853.  Criminal Forfeiture**
> **(a) Property subject to criminal forfeiture**
> \*\*\*
> **(1)** any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;
> **(2)** any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

This Notice of Demand for Forfeiture includes but is not limited to the property described below in Paragraph II.

## II.
## Property

- $10,225.00, more or less, in United States currency.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney