IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| VS | *   NO. 3:24-CR-00243-KC-1 |
| | * |
| | * |
| VICTOR ARELLANO | * |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Russell M. Aboud and moves to withdraw as attorney of record for **VICTOR ARELLANO,** in the above entitled and numbered cause, and for good cause shows the following:

I.

Defendant has requested Counsel to withdraw from his case.

II.

Defendant requests this court to re-appoint Felix Valenzula to his case.

III.

To permit Movant to withdraw as counsel of record will not prejudice the Defendant or the Government, and will not unduly delay the Trial of this Cause.

WHEREFORE PREMISES CONSIDERED, your Movant respectfully requests this Honorable Court to relieve him as counsel of record for the Defendant and discharge him of any further responsibilities in this case.

Respectfully submitted,

/s/ Russell M. Aboud

**RUSSELL M. ABOUD**
Attorney at Law
State Bar No. 00819200
918 E. San Antonio
El Paso, Tx 79901
(915)532-5449

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been delivered to the Office of the United States Attorney, El Paso, TX, on this the   21st   day of August, 2024.

/s/ Russell M. Aboud
**RUSSELL M. ABOUD**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| VS | *   NO. 3:24-CR-00243-KC-1 |
| | * |
| | * |
| VICTOR ARELLANO | * |

ORDER

On this the _____ day of August 2024, came on to be heard Defense Counsel's Motion to Withdraw as Counsel, and the Court, after hearing the argument and evidence thereon and being of the opinion that said Motion should be **GRANTED**.

It is therefore **ORDERED**, that said Motion to Withdraw as Counsel is **GRANTED** and the **RUSSELL M. ABOUD** is relieved of any further obligations regarding this matter.

SIGNED and ENTERED this the _____ day of August, 2024.

_____
**JUDGE**